IN RE SOUTHERN WISCONSIN POWER COMPANY: APPEAL OF WHITNALL.

*September 14—October 5, 1909.*

APPEAL from an order of the circuit court for Juneau county: JAMES O'NEILL, Judge. *Affirmed.*

For the appellant there were briefs by *Cary, Upham & Black*, and oral argument by *Alfred L. Cary*.

For the respondent there was a brief by *Jones & Schubring*, and oral argument by *B. W. Jones*.

BARNES, J. This case in all material respects is identical with the appeal of the Black Hawk Land Company in *In re Southern Wisconsin Power Company, ante,* p. 245, 122 N. W. 801, and is controlled thereby.

*By the Court.*—Order affirmed.

KERWIN, J., took no part.